Larry MATTHEWS, Movant,

v.

STATE of Missouri, Respondent.

No. 59002.

Missouri Court of Appeals,
Eastern District,
Division Five.

April 30, 1991.

John A. Klosterman, Columbia, for movant.

William L. Webster, Atty. Gen., Geoffrey W. Preckshot, Asst. Atty. Gen., Jefferson City, for respondent.

PER CURIAM.

Movant, Larry M. Matthews, appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. We have reviewed the record and find that an extended opinion would have no precedential value. The judgment of the trial court is affirmed pursuant to Rule 84.16(b).